IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01592-WJM-MJW

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff(s),

v.

SUNSET MORTGAGE COMPANY, L.P. n/k/a EAGLE NATIONWIDE
MORTGAGE CO., and
EAGLE NATIONAL BANCORP, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Stipulated Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 19-1) is APPROVED as amended in paragraphs 12 and 18 and made an Order of Court.

Date: October 29, 2013