IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01592-WJM-MJW

LEHMAN BROTHERS HOLDINGS INC.,

Plaintiff(s),

v.

SUNSET MORTGAGE COMPANY, L.P. n/k/a EAGLE NATIONWIDE
MORTGAGE CO., and
EAGLE NATIONAL Bank,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion to Amend Complaint (Docket No. 23), to which no response was filed, is granted. The tendered First Amended Complaint (Docket No. 23-1) is accepted for filing as of the date of this Minute Order.

Date: February 11, 2014