**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1592-WJM-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

SUNSET MORTGAGE COMPANY, L.P., n/k/a EAGLE NATIONWIDE MORTGAGE CO, and
EAGLE NATIONAL BANK

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed February 20, 2014 (ECF No. 28).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay its own attorney's fees and costs.

Dated this 24th day of February, 2014.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge